IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANEY RICHARDSON,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4991

Opinion filed July 6, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Raney Richardson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order denying defendant's motions to correct illegal sentence rendered on February 9, 2016, in Duval County Circuit Court case number 16-2008-CF-14726-AXXX-MA is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

WOLF, ROWE, and KELSEY, JJ., CONCUR.